Charonda Williams
318 703-1208
10-20-2023

RECEIVED
OCT 03 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

new suit

3:23-cv-1394

Walter Collins Jr. 416 Yarbrough St. Bossier City 71111 Charona Harvey 416 Yarbrough St Bossier City 71111 Paid Lt. Hamilton Ex Lt. Have Retired & Resign Now Lt. Sup S-port City Jail 755 Hope St S-port LA 71101 Money To Kill me Her Officer S.P.D. 1234 Texas Ave S-port LA 71101 Chief of Police Wayne Smith He Paid S-port Police Ms Northwong Supifiow S port City Jail 755 Hope St S port LA 71101 She were a Jail $50-00 Every month not to Feed me In their new S port City Jail New 755 Hope St S-port LA 71101 Lt. Barry Newton S port City Jail 755 Hope St S port LA 71101 In City Marshall Jon-Jon name S port City Court House 1244 Texas Ave S port LA 71101 City Marshall Office He paid Jimmy Swaggart 19 To preach the Bible T.V. God To Kill me preach the Bible He paid on. 4 , 24 To put It on T.V. To Kill me It's on All station & Wy Fine Cartoon L.P.B P.B.S.

Charlesetta Williams
318 703-1208
9-25-2023

Walter Collins Jr South Caddo Parish South Caddo 3001 Gardenia St Cooper Rd S. port La 71107 paid Residents of University Park money to kill me + Dr Martin Luther King Jr Community All Communities Bossier + Union Nathical Life Insurance Company 12115 Lackland Rd S. port La 71104 that with they money they cant Feed me Buy me Soda Snacks time menthol Cigarettes + Senca Cigar 40 oz Schlitz malt liquor Beer He pay it on the 1st of Each month she Is Black who Sold him he Is In the Company of His Equity He call City Marshall Office And Change the Insurance policy And Had him the arrested And made him his Guardian over him his Burial I Will Like To File this Compleant Chief Judge Terry A. Doughty United States District Court Mag Judge Kayla D-mclusky Tony R. Moore Deputy Clerk Mark L. Hornsby STE 1167 He Paid Jimmy Swaggart money to preach the Bible on T.V. to kill me And Cenit 13 on T.V. to Kill me It's on Local T.V.

4