**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **CHARLESETTA WILLIAMS** **\*\*SANCTIONED/BARRED\*\*** | **CIVIL ACTION NO. 3:23-CV-1394** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **UNKNOWN DEFENDANTS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## O R D E R OF THE CLERK OF COURT

Before the Court is a Complaint (Doc. No. 1) filed by sanctioned/barred plaintiff, Charlesetta Williams. Following a review of the filing and per the Order entered by the Court in 3:23-cv-1338, Doc. No. 3:

The Clerk having determined that the required advance permission to file has not been obtained as required by the Judgment in Case No. 5:21-cv-3799 <u>and</u> the sanction fee of $1,000.00 (one thousand dollars) not paid as required in Case No. 3:23-cv-1222, this suit is **DISMISSED** and **CLOSED**. Any pending motions are **DENIED**.

Shreveport, Louisiana, this __4th____ day of October, 2023.

ON BEHALF OF:
TONY R. MOORE,
CLERK OF COURT

__PM_____
**Deputy Clerk**